THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH BORK, Appellant.

(Argued June 1, 1885; decided June 9, 1885.)

*Louis Marshall* for appellant.

*Tracy C. Becker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

·CASPER WAGNER, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued June 1, 1885; decided June 16, 1885.)

*E. C. Sprague,* for appellant.

*James F. Gluck* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.